IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT J. MCCLELLAND                                    PLAINTIFF

         v.                           CIVIL NO. 08-5070

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                          DEFENDANT

## O R D E R

On March 31, 2008, plaintiff Robert McClelland brought this action pursuant to 42

U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security

Administration (Commissioner) denying his application for supplemental security income (SSI)

benefits under the provisions of Title XVI of the Social Security Act (Act). (Doc. No.1).   The

Federal Rules of Civil Procedure require Summons to be served with a copy of the Complaint

upon all defendants within 120 days of filing the Complaint. Fed. R. Civ. P 4(c)(1) and (m). The

record does not indicate that Summons have been issued by the Clerk's office. Plaintiff's counsel

is directed to properly serve all defendants by July 29, 2008.   The court is aware of the motion

to appear *Pro Hac Vice* but remind the counsel of record that he is still responsible for the

representation of his client.

IT IS SO ORDERED this 10th day of July 2008.


/s/  *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE